FILED
CHARLOTTE, NC
MAR 18 2025
DISTRICT COURT
RN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25cr57-MOC |
| v. | **BILL OF INDICTMENT**<br>Violations:<br>21 U.S.C. § 841(a)(1) |
| **ISAAC HAMPTON** | |

### THE GRAND JURY CHARGES:

### COUNT ONE
*(Distribution of Cocaine Base)*

On or about July 12, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO
*(Distribution of Cocaine Base)*

On or about July 15, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
*(Distribution of Cocaine Base)*

On or about August 3, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
*(Distribution of Cocaine Base)*

On or about August 12, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
*(Distribution of Cocaine Base)*

On or about October 21, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT SIX
*(Distribution of Cocaine Base)*

On or about October 27, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN
*(Distribution of Cocaine Base)*

On or about November 3, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT
*(Distribution of Cocaine Base)*

On or about November 10, 2021, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ISAAC HAMPTON,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY