Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO

**DOCKET NUMBER:** 3:25-CR-57-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | ISAAC HAMPTON |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | |
| Magistrate Judge Case Number | : | |
| Search Warrant Case Number | : | |
| Miscellaneous Case Number | : | |
| Rule 20b | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty   ◯ Misdemeanor   ⦿ Felony

21 U.S.C. § 841(a)(1)

**JUVENILE:**  ◯ Yes   ◯ No

**ASSISTANT U. S. ATTORNEY** :  TIM SIELAFF

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )