# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. ISAAC HAMPTON

Case Number: 3:25cr57-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21-841(a)(1) and (b)(1)(C) | | 0-20yrs; $1M fine; NLT 3 yrs SR |
| 2 | 21-841(a)(1) and (b)(1)(C) | | 0-20yrs; $1M fine; NLT 3yrs SR |
| 3 | 21-841(a)(1) and (b)(1)(C) | | 0-20yrs; $1M fine; NLT 3yrs SR |
| 4 | 21-841(a)(1) and (b)(1)(C) | | 0-20yrs; $1M fine; NLT 3yrs SR |
| 5 | 21-841(a)(1) and (b)(1)(B) | 5 | 5-40yrs; $5M fine; NLT 4 rs SR |
| 6 | 21-841(a)(1) and (b)(1)(C) | | 0-20yrs; $1M fine; NLT 3yrs SR |
| 7 | 21-841(a)(1) and (b)(1)(C) | | 0-20yrs; $1M fine; NLT 3yrs SR |
| 8 | 21-841(a)(1) and (b)(1)(C) | | 0-20yrs; $1M fine; NLT 3yrs SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☐ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☐ NO
* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE