UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25-cr-57-MOC |
| v. | **FACTUAL BASIS** |
| <u>ISSAC HAMPTON</u> | |

  NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

  This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

  Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

  1. On October 21, 2021, in Mecklenburg County within the Western District of North Carolina, the defendant, Isaac Hampton, knowingly and intentionally distributed twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance.

  2. From July of 2021 through October of 2021 the Federal Bureau of Investigation used a confidential source to purchase crack cocaine from Hampton.

  3. On October 21, 2021 Hampton and the confidential source met in Charlotte, North Carolina. Hampton sold the source crack cocaine. The crack cocaine was submitted to a laboratory for chemical analysis that confirmed the substance was 29.62 grams of cocaine base.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____   DATED: 1-30-26
Chrissy Clarke-Peckham, I, Attorney for Defendant

2

Case 3:25-cr-00057-MOC-DCK     Document 20     Filed 02/02/26     Page 2 of 2